UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICAH ELDRED, et al., | ) |
| *Plaintiffs*, | ) |
| vs. | ) CASE NO. |
| SEAFARER EXPLORATION CORP.; CLEARTRUST, LLC; and KYLE G. KENNEDY, | ) **NOTICE OF REMOVAL** |
| *Defendants*. | ) |

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Plaintiffs/Proposed Counterclaim Defendants listed below hereby give notice of removal of this case, captioned *Micah Eldred, et al. v. Seafarer Exploration Corp.*, Case No. 09-CA-030763, from the Thirteenth Judicial Circuit Court of Hillsborough County, Florida, Tampa Division (the "Lawsuit"), to the United States District Court for the Middle District of Florida.  In support of removal, Plaintiffs/Proposed Counterclaim Defendants state as follows:

1. On December 11, 2009, Plaintiffs Micah Eldred, Michael J. Daniels, Carl Dilley, Heather Dilley, James Eldred, Mary R. Eldred, Michole Eldred, Nathan Eldred, Toni A. Eldred, Diane J. Harrison, Ioulia Hess, Olessia Kritskaia, Anna Krokhina, George Lindner, Elizabeth Lizzano, Karen Lizzano, Robert Lizzano, Abby Lord, Jillian Mally, Ekaterina Messinger, Susan Miller, Michael Mona, Matthew J. Presy, Oksana Savchenko, Vanessa A. Verbosh, Alan Wolper, Sarah Wolper, Christine Zitman, and CADEF: Childhood Autism Foundation, Inc., ("Plaintiffs") initiated the Lawsuit by filing a Complaint against Defendants Seafarer Exploration Corp.; Cleartrust, LLC; and Kyle Kennedy ("Defendants").  Plaintiffs' Complaint asserts state-law causes of action for declaratory and injunctive relief, and damages

for conversion, conspiracy, tortious interference, and violations of the Delaware Commercial and Corporate Codes. A copy of the Complaint is attached to this Notice as Exhibit A.

2. On September 25, 2013, Defendant Kyle Kennedy filed a Motion to File Counterclaim and Third-Party Complaint ("Motion for Leave to File Counterclaim") along with a proposed Counterclaim. The proposed Counterclaim names as defendants the Plaintiffs in the Lawsuit, as well as non-parties Spartan Securities Group, Ltd., ("Spartan Securities") and Am-Asia Consulting ("Am-Asia") (collectively the "Proposed Counterclaim Defendants"). Neither Spartan Securities nor Am-Asia has yet been joined or served with any process in the Lawsuit. The state court has not yet ruled on the Motion for Leave to File Counterclaim. Plaintiffs, as parties to the Lawsuit, are on notice of the proposed Counterclaim, because a copy was served upon their counsel.

3. The allegations in the proposed Counterclaim arise from the same transaction or occurrence that gave rise to the Lawsuit. Specifically, the proposed Counterclaim alleges that the Proposed Counterclaim Defendants violated securities laws, specifically Rule 10b-5 promulgated under the Securities Exchange Act, 15 U.S.C. § 78j, and Fla. Stat. § 517.301, in connection with the activities which form the basis of Plaintiffs' claims in the Lawsuit. It also alleges that the Lawsuit constitutes common-law "wrongful prosecution." Copies of the Motion for Leave to File Counterclaim and the proposed Counterclaim are attached to this Notice as Exhibit B.

4. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Plaintiffs in the Lawsuit consent to the removal of the case.

5. Pursuant to 28 U.S.C. § 1446(b)(2)(A), no consent for removal is required from Spartan Securities Group, Ltd., and Am-Asia Consulting for removal, because they have not been "properly joined and served" in the Lawsuit.

6. Pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal is timely as it is being filed within thirty (30) days after receipt by Plaintiffs, "through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." *Id.*; *see Martin v. Mentor Corp.*, 142 F. Supp. 2d 1346, 1349 (M.D. Fla. 2001). Plaintiffs were first able to ascertain that this case had become removable when they were served with the Motion for Leave to File Counterclaim and the proposed Counterclaim on September 26, 2013. This notice of removal is being filed within 30 days of that date.

7. This is a civil action involving counterclaims arising under the laws of the United States, and this Court has original jurisdiction over Proposed Counterclaim Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1441(a). Federal jurisdiction exists because Proposed Counterclaim Plaintiff alleges a claim for violation of the Securities Exchange Act of 1934, 15 U.S.C. § 78j.

8. 28 U.S.C. § 1367 provides that "district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action with such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Here, Plaintiffs' original claims and Proposed Counterclaim Plaintiff's federal and state-law claims are all part of the same case, in that they arise from the same transactions or occurrences. Accordingly, the Court has supplemental jurisdiction over Plaintiffs' and Proposed Counterclaim Plaintiff's state-law claims.

9. Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing of this Notice of Removal, written notice of the filing of the Notice of Removal is being sent to Proposed Counterclaim Plaintiff's and other Defendants' counsel.

10. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal, with a true and accurate copy of this Notice of Removal attached, is being filed contemporaneously with the Clerk of Court for the Thirteenth Judicial Circuit Court of Hillsborough County, Florida. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit C.

11. No admission of fact is intended by this Notice of Removal.

WHEREFORE, Plaintiffs respectfully request that the above-captioned case now pending in the Thirteenth Judicial Circuit Court of Hillsborough County, Florida, be removed to the United States District Court for the Middle District of Florida; that the U.S. District Court cause necessary records and proceedings from the Hillsborough County Court to be brought before it under 28 U.S.C. § 1447(b); and that the U.S. District Court enter such other and further orders as may be necessary to accomplish the requested removal.

Respectfully Submitted,

_____
Alan M. Wolper (Florida Bar No. 0061524)
Ulmer & Berne LLP
500 W. Madison Street
Suite 3600
Chicago, Illinois   60661-4587
Tel: (312) 658-6500
Fax: (312) 658-6501
E-Mail:  awolper@ulmer.com

Christopher P. Fisher (Pro hac vice pending)
Ulmer & Berne LLP
1660 W. 2nd St.
Suite 1100
Cleveland, Ohio  44113
Tel: (216) 583-7000
Fax: (216) 583-7001
E-Mail:  cfisher@ulmer.com

4

Attorneys for Plaintiffs Micah Eldred, Michael J. Daniels, Carl Dilley, Heather Dilley, James Eldred, Mary R. Eldred, Michole Eldred, Nathan Eldred, Toni A. Eldred, Diane J. Harrison, Ioulia Hess, Olessia Kritskaia, Anna Krokhina, George Lindner, Elizabeth Lizzano, Karen Lizzano, Robert Lizzano, Abby Lord, Jillian Mally, Ekaterina Messinger, Susan Miller, Michael Mona, Matthew J. Presy, Oksana Savchenko, Vanessa A. Verbosh, Alan Wolper, Sarah Wolper, Christine Zitman, and CADEF: Childhood Autism Foundation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2013, the foregoing Notice of Removal was sent by regular U.S. Mail, postage prepaid, to:

| | |
|---|---|
| *Attorney for Defendants/Counter-Plaintiffs Kennedy and Seafarer:* | Craig A. Huffman, Esq.<br>Securus Law Group, P. A.<br>13046 Racetrack Road, No. 243<br>Tampa, Florida   33626<br>E-Mail:  craig@securuslawgroup.com |
| *Attorneys for Defendant Cleartrust, LLC:* | Robert Persante, Esq.<br>Zachary Zuroweste, Esq.<br>The Persante Law Group, P.A.<br>2555 Enterprise Road, Suite 15<br>Clearwater, Florida   33763-1118<br>Email:  firm@persantelaw.com |
| | Mark A. Harmon, Esq.<br>Hodgson Russ LLP<br>1540 Broadway, 24th Floor<br>New York, NY   10036<br>Email:  mharmon@hodgsonruss.com |

_____
Alan M. Wolper (Florida Bar No. 0061524)
Ulmer & Berne LLP
500 W. Madison Street, Suite 3600
Chicago, Illinois   60661-4587
Tel: (312) 658-6500
Fax: (312) 658-6501
E-Mail:  awolper@ulmer.com

Christopher P. Fisher
Ulmer & Berne LLP
1660 W. 2nd St., Suite 1100
Cleveland, Ohio   44113
Tel: (216) 583-7000
Fax: (216) 583-7001
E-Mail:  cfisher@ulmer.com

*Attorneys for Plaintiffs*