**Securus Law Group, P.A.**
**13046 Racetrack Road, Number 243**
**Tampa, FL 33626**

November 9, 2013

Seafarer Exploration Corp.
14497 North Dale Mabry Highway
Suite 209-N
Tampa, Florida 33618

Re: Invoice for Legal Fees – Eldred v Seafarer Removal Notice and Remand Action Federal Court

Fees Owed for time period of October 17, 2013 through November 7, 2013 for Eldred et. al v Seafarer, as to Notice of Removal and Motion to Remand. Rates at $300 per hour for Craig A. Huffman.

| Date | Matter | Time | Amount |
|---|---|---|---|
| October 18 | Rcv-Review Removal Notice by Eldred et al. | 0.5 | 150 |
| October 18 | Notification to Client of Removal and to co-counsel (phone calls-email) | 0.6 | 175 |
| October 18 | Research on Removal Actions initial statutes and case law | 2.5 | 750 |
| October 19 | Email to client and co-counsel on review and preliminary findings | 1.0 | 300 |
| October 20 | Research MD and 11th Cir.. Cases | 1.5 | 450 |
| October 21 | Notice of Cancellation of Hearing for amendment in State Court for Counter-Claims | 0.7 | 175 |
| October 28 | Investigation portion as to CADEF not being a participating Plaintiff in Removal for non-unanimous issue | 1.5 | 450 |
| November 1 | Call with co-counsel Re Remand Motion | 0.3 | 75 |
| November 2 | Initial Draft of Motion to Remand | 2.0 | 600 |
| November 2 | Second Draft of Motion to Remand | 2.5 | 750 |
| November 4 | Final review and consult with co-counsel and filing of Motion to Remand | 2.6 | 775 |
| Totals | | 15.7 | $4,710 |

E-mail: Craig@Securuslawgroup.com     Phone: (888) 914-4144     Fax: (888) 783-4712