**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICAH ELDRED, et al.,**

    **Plaintiffs,**

v.                                                                    **Case No.  8:13-cv-2696-T-30EAJ**

**SEAFARER EXPLORATION CORP.,**
**CLEARTRUST, LLC, and KYLE**
**KENNEDY,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Affidavit of Attorney's Fees (Dkt. 8).  Plaintiffs failed to file a response in opposition to Defendants' Affidavit by the deadline imposed by this Court.  (*See* Dkt. 7) (ruling that any response to Defendants' Affidavit shall be filed within seven days of service).  Upon review of the Affidavit, the Court concludes that Defendants are entitled to attorney's fees in the amount of $4,710.00 incurred in response to Plaintiffs' removal.  *See id*. (explaining why Plaintiffs' removal was not objectively reasonable).

It is therefore **ORDERED AND ADJUDGED** that:

1.  The Clerk of Court shall enter judgment in the amount of **$4,710.00** for attorney's fees in favor of Defendants Seafare Exploration, Corp. and Kyle Kennedy and against Plaintiffs, jointly and severally.

2. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on November 20, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-2696.feesFINAL.wpd